# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 19-1945V

LIANA ASBURY,

               Petitioner,

v.

SECRETARY OF HEALTH AND
HUMAN SERVICES,

               Respondent.

Chief Special Mater Corcoran

Filed: November 10, 2022

*Emily Beth Ashe, Anapol Weiss, Philadelphia, PA, for Petitioner.*

*Mark Kim Hellie, U.S. Department of Justice, Washington, DC, for Respondent.*

## <u>ORDER WITHDRAWING DECISION – SPECIAL PROCESSING UNIT [1]</u>

On October 26, 2022, Respondent's counsel emailed the OSM staff attorney assisting on this SPU case, informing her that a correction to the Decision Awarding Attorney's Fees and Costs and subsequent Judgment was needed. *See* Informal Remark, dated Oct. 26, 2022. He added that Petitioner's counsel, who was copied on the email correspondence, agreed a correction was needed. *Id.* The parties were informed that any errors would be corrected and that no further request or motion was needed. *Id.*

Pursuant to the Rules of the United States Court of Federal Claims ("RCFC"),[2] I may correct "a clerical mistake or a mistake arising from oversight or omission." RCFC 60(a). The parties agree that, as requested, a lump sum payment of the amount of

---

[1] Because this unpublished Order contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Order will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] The RCFC 60(a) states that "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice."

attorney's fees and costs to be awarded should be made in this case. Additionally, there *may* be some error in the amounts awarded.

In light of the foregoing, the Clerk of the Court is hereby instructed **to <u>WITHDRAW</u> the Decision on Attorney's Fees issued on August 4, 2022 at ECF No. 45 and to <u>VACATE</u> the Judgment entered on September 7, 2022 at ECF No. 46**. A Decision on Attorney's Fees directing one lump sum payment of attorney's fees and costs in the correct amount will be reissued.

Any questions about this order or about this case generally may be directed to OSM staff attorney, Stacy Sims at (202) 357-6349 or email: <u>Stacy_Sims.cfc.uscourts.gov</u>.

**IT IS SO ORDERED.**

<div align="center" style="text-align:right">

**<u>s/Brian H. Corcoran</u>**
Brian H. Corcoran
Chief Special Master

</div>